BEFORE THE SECOND DIVISION, FEBRUARY 19, 1964

No. 68325.—S. Hiller & Co. and Stelber Cycle Corp. v. United States, protests 62/8974 and 62/8912 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 68326.—Borneo Sumatra Trading Co., Inc., and Ross Products, Inc. v. United States, protests 58/16906 and 60/18928 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns in chief value of metal, which are not parts of bicycles, the claim of the plaintiffs was sustained.

No. 68327.—Iida & Co., New York, Inc. v. United States, protest 286775–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.